```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERTA FELIZ,

                Plaintiff,

     - against -

CNM MARKETING INC.

                Defendant.
------------------------------------------------------------X

22-CV-3984 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On December 6, 2022, Plaintiff notified the Court that the case had settled, and requested that the Court stay the action for 60 days so that the settlement could be consummated. (Dkt. 25). On December 7, 2022, the Court granted that request. (Dkt. 26.) The stay expired on February 6, 2023. Accordingly, by February 13, 2023, the parties shall file a joint status update and indicate whether the case should now be dismissed, and if not, why.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2023
        New York, New York

Copies transmitted this date to all counsel of record.