UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERTA FELIZ, <br><br>                 Plaintiff, <br><br> -against- <br><br> CNM MARKETING INC., <br><br>                 Defendant. | 22-cv-03984 (JLR) (RWL) <br><br> **ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

      The Court having been advised at ECF No. 28 that this case should be dismissed, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs.

      Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: February 14, 2023
       New York, New York

                                              SO ORDERED.

                                              *Jennifer Rochon*
                                              JENNIFER L. ROCHON
                                              United States District Judge